ESTHER ROSWAL, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 2003.) —

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.